

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

FEB 11 2026

CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

v.

Case No. 2:25-cr-20924
Hon. Terrence G. Berg

LINCOLN ERICKSON,

Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF SUPERSEDING INDICTMENT

I, LINCOLN ERICKSON, defendant in this case, hereby acknowledge that I have received a copy of the Superseding Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, may be sentenced as follows:

**Count One:** 18 U.S.C. § 2252A(a)(2), Receipt of Child Pornography, at least 5 and up to 20 years' imprisonment, at least 5 years and up to a life term of supervised release, and up to a $250,000 fine.

**Count Two:** 18 U.S.C. § 2422(b), Attempted Coercion and Enticement of a Minor, at least 10 years and up to life imprisonment, at least 5 years and up to a life term of supervised release, and up to a $250,000 fine.

_____
Lincoln Erickson
Defendant

Page 1 of 2

# ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Jordan Zuppke
Counsel for Defendant

Date: 2/11/26